

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-16-00085-CV

**WHATABURGER, INC.**, CA Development LLC, CA Real Estate LLC, Cinco Aguilas LLC, Tres Aguilas Enterprises LLC, Tres Aguilas Management LLC, Whataburger International LLC, Whataburger Real Estate LLC, Whataburger Restaurants LLC, et al.,
Appellants

v.

**WHATABURGER OF ALICE, LTD**.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01431
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The above cause has been set for formal submission and oral argument before this Court on February 7, 2017, at 1:30 p.m., before a panel consisting of Justice Karen Angelini, Justice Marialyn Barnard, and Justice Patricia O. Alvarez.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellants. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

The Court provides a guest WiFi network for parties arguing before the Court. The password to access the network is available at the Clerk's Office on the day of argument.

It is so ORDERED on January 5, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court